UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61175-Civ-Zloch/Rosenbaum

TIMOTHY W. BENTON,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD.,

    Defendant.

and

BANK OF AMERICA, N.A.

    Garnishee,
_____/



## PLAINTIFF'S MOTION TO CLERK FOR WRIT OF GARNISHMENT AFTER JUDGMENT

Plaintiff, Timothy W. Benton, files this Motion to the Clerk for Writ of Garnishment after Judgment and in support thereof states as follows:

1. On May 24, 2010, the Court entered Judgment against Takhar Collection Services, LTD and in favor of Plaintiff, Timothy W. Benton, for damages, as follow:

> Plaintiff Timothy W. Benton does have and recover from Defendant Takhar Collection Services Ltd. the sum of $4,500.00 together with interest thereon at a rate of 0.38% per annum, for all of which let execution issue

2. On June 30, 2010, the Court entered Judgment against Takhar Collection Services, LTD and in favor of Plaintiff, Timothy W. Benton for Attorney's Fees and Costs as follows:

Plaintiff Timothy W. Benton does have and recovery from Defendant Takhar Collection Services, Ltd. the sum of $2,000.00 as attorney's fees and costs incurred in the successful prosecution of this action, for all of which let execution issue.

3. There still remains unpaid on the Judgment the sum of $6,500.00 exclusive of interest thereon and Plaintiff does not believe that Defendant has in its possession visible property on which a levy can be made sufficient to satisfy the judgment.

4. Plaintiff, Timothy W. Benton, requests that a Writ of Garnishment be issued against to the following Garnishee:

> Bank of America, N.A.
> 3600 North Federal Highway
> Fort Lauderdale, FL 33308

Dated this 29 day of March, 2013.

> Respectfully submitted:
>
> DONALD A. YARBROUGH, ESQ.
> Post Office Box 11842
> Fort Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
>
> By:_____
> DONALD A. YARBROUGH, ESQ.
> Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61175-Civ-Zloch/Rosenbaum

TIMOTHY W. BENTON,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD.,

    Defendant.

and

BANK OF AMERICA, N.A.

    Garnishee,
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 29, 2013</u>, I manually filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Donald A. Yarbrough, Esq.

## SERVICE LIST

TAKHAR COLLECTION SERVICES LTD.
c/o CT Corporation System
Suite 814
208 South Lasalle Street
Chicago, IL 60604

<u>Via US Mail</u>