UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61175-Civ-Zloch/Rosenbaum

TIMOTHY W. BENTON,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD.,

    Defendant.

and

BANK OF AMERICA, N.A.

    Garnishee,

_____/

## JOINT DISMISSAL OF GARNISHMENT

    Plaintiff, Timothy W. Benton, and Garnishee, Bank of America, N.A., file this Joint Dismissal of Plaintiff's Writ of Garnishment and states as follows:

    1.    Garnishee, Bank of America, N.A., filed its Answer to the Garnishment (DE 23). Subsequently, Plaintiff resolved his differences with Defendant, Takhar Collection Services, LTD., and the garnishment is no longer necessary.

    2.    Accordingly, Plaintiff, Timothy W. Benton, and Garnishee, Bank of America, N.A., move to dissolve the Garnishment (DE 21, 22), relive Bank of America, N.A. of liability with respect to the garnishment, and request the Clerk pay Bank of America, N.A, c/o Haley & Jhones, P.A., Attorneys for Garnishee, Suite 222, 1500 San Remo Avenue, Coral Gables, Florida, 33146, the statutory fee of $100.00 presently held in the registry of the Court.

Respectfully submitted:

| | |
|---|---|
| DONALD A. YARBROUGH, ESQ. | ANA MARIA JHONES, ESQ. |
| Attorney for the Plaintiff | Counsel for Bank of America, N.A. |
| Post Office Box 11842 | Haley & Associates, P.A. |
| Fort Lauderdale, FL 33339 | Suite 222 |
| Telephone: 954-537-2000 | 1500 San Remo Avenue |
| Facsimile: 954-566-2235 | Coral Gables, FL 33146 |
| | Telephone: (305) 661-4637 |
| | Fax: (305) 661-4640 |
| | |
| s/Donald A. Yarbrough | s/Ana Maria Jhones, Esq. |
| DONALD A. YARBROUGH, ESQ. | ANA MARIA JHONES, ESQ. |
| Florida Bar No. 0158658 | Florida Bar No. 771170 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61175-Civ-Zloch/Rosenbaum

TIMOTHY W. BENTON,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES LTD.,

    Defendant.

and

BANK OF AMERICA, N.A.

    Garnishee,
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on <u>April 12, 2013</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

TAKHAR COLLECTION SERVICES LTD.
c/o CT Corporation System
Suite 814
208 South Lasalle Street
Chicago, IL  60604

<u>Via US Mail</u>

Ana Maria Jhones, Esq.
Counsel for Bank of America, N.A.
Haley & Associates, P.A.
Atrium at Coral Gables
Suite 222
1500 San Remo Avenue
Coral Gables, FL 33146
(305) 661-4637
Fax: (305) 661-4640

<u>Via CM/ECF</u>