```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

          CASE NO. 09-61175-CIV-ZLOCH
```

TIMOTHY W. BENTON,

    Plaintiff,

vs.                                          **O R D E R**

TAKHAR COLLECTION SERVICES, LTD.,

    Defendant,

vs.

BANK OF AMERICA, N.A.,

    Garnishee.

_____/

    THIS MATTER is before the Court upon Garnishee Bank Of America, N.A.'s, Answer Of Garnishee And Demand For Attorney's Fees (DE 23), which the Court construes as a Motion For Attorneys' Fees, and upon the Joint Dismissal Of Garnishment (DE 24), filed herein by Plaintiff Timothy W. Benton and Garnishee, Bank of America, N.A. The Court has carefully reviewed said Motion and said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Garnishee Bank Of America, N.A.'s, Answer Of Garnishee And Demand For Attorney's Fees (DE 23), which the Court construes as a Motion For Attorneys' Fees, be and the same is hereby **GRANTED;** and

2. The Clerk of the United States District Court for the Southern District of Florida is hereby directed to disburse the $100.00 in the Registry of the Court to Ana Maria Jhones, Esq., Haley & Associates, P.A., Atrium at Coral Gables, 1500 San Remo Avenue, Suite 222, Coral Gables, FL 33146, Counsel for Garnishee Bank of America, N.A.; and

3. The Joint Dismissal Of Garnishment (DE 24) be and the same is hereby approved, adopted, and ratified by the Court; and

4. The Court hereby dissolves the Writ of Garnishment Upon Bank of America, N.A.(DE 22).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___12th___ day of June, 2013.

_____
WILLIAM J. ZLOCH
United States District Judge

All Counsel of Record